UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| SMITA A. PATEL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 15 C 1904 |
| v. | ) | |
| | ) | Judge Shah |
| MEGAN J. BRENNAN, Postmaster General, | ) | |
| United States Postal Service, | ) | Magistrate Judge Mason |
| | ) | |
| Defendant. | ) | |

### UNITED STATES' REPLY
### BRIEF IN SUPPORT OF MOTION TO DISMISS

Defendant Megan J. Brennan, Postmaster General for the United States Postal Service, by Zachary T. Fardon, United States Attorney for the Northern District of Illinois, files this reply brief in support of its motion to dismiss plaintiff's complaint under Federal Rule of Civil Procedure 12(b)(6) for failure to file a timely suit, and states the following in support:

1. The United States filed a motion to dismiss this employment discrimination case on May 29, 2015 because it was untimely filed. The court requested that plaintiff Smita Patel file her response by June 19, 2015, and that the United States reply by July 7, 2015. Docket at 7.

2. Plaintiff did not file a response brief on that date, nor has she sought an extension of time to do so; thus, there is no need for the United States to respond.

WHEREFORE, the United States requests that this court dismiss plaintiff's complaint in its entirety because it is time-barred.

        Respectfully submitted,

        ZACHARY T. FARDON
        United States Attorney

        By: s/ Harpreet Chahal
           HARPREET CHAHAL
           Assistant United States Attorney
           219 South Dearborn Street, 5th Floor
           Chicago, Illinois 60604
           (312) 353-5300
           harpreet.chahal@usdoj.gov