# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
## EASTERNDIVIN

FILED
JUL 22 2015
JUDGE MANISH S. SHAH
UNITED STATES DISTRICT COURT

| | | |
|---|---|---|
| SMITA A. PATEL,<br>Plaintiff,<br>v.<br>MEGAN J. BRENNAN,1<br>Postmaster General,<br>United States Postal Service,<br>Defendant. | ) | No. 15 C 1904<br><br>Judge Shah<br>Magistrate Judge Mason |

## PLANTIFF' MOTION TO RE-OPEN CASE

Plaintiff Smita A. Patel requesting a motion to reopen my case.

1. The reason for a motion is I tried and tried to efile but was not able to efile my brief. I was not late to file my case because the website I saw was showing the filing fees is $350.00 ( I am attaching paper copies with this motion). My case file date should be the date the day I sent $350.00. The clerk asked fees for $400.00, which I paid later. If I am filing this case and requesting for jury, it shows there is no way I intentionally pay less.

2. I thought I have time after July 7, 2015 to answer again and I will explain my situation. When I saw my case is closed, I called the court help desk and they asked me to take that training then have the efile password. Her name is

Paula Rogers per my knowledge. She also informed that I can file a motion to re-open my case. My next court date is August 11, 2015. Please except my motion and grant me a new date. I have too many problems to go thru the efiling, now I am willing to go only with paper documents.

WHEREFORE, the court should motion plaintiff's request and re-open my case. I am waiting from long time for this case and want this case to go further.

Respectfully submitted,

Smita A. Patel

**CERTIFICATE OF SERVICE**

I, Smita Patel, hereby certify that on July 21, 2015, I sent a copy of the Plaintiff's Motion by Priority Mail and Express Mail to following individuals.

Via Priority Mail to,

Zachary T. Fardon

United States Attorney
219 South Dearborn Street, 5th Floor
Chicago, Illinois 60604
(312) 353-5300

Via Express Mail to,

Honorable Judge Manish Shah,
Everett McKinley Dirksen
United States Courthouse
219 South Dearborn Street
Chicago, Illinois 60604

Smita A. Patel
5707 Caribou Lane
Hoffman Estates, IL 60192

Date: _07/21/2015

Smita A. Patel

Google prose01b.pdf Sign in

Web Images Shopping News Videos More Search tools

About 82 results (0.34 seconds)



[PDF] Filing A Civil Case Without An Attorney - Northern District...
www.ilnd.uscourts.gov/clerksoffice/CLERKS_OFFICE/prose01b.pdf
FILING A CIVIL CASE. WITHOUT AN ATTORNEY: A GUIDE FOR THE PRO SE LITIGANT. UNITED STATES DISTRICT COURT. NORTHERN DISTRICT OF ...

10 Tips for a Pro-Se Litigant - Fundamental Legal Services
fundamentallegal.com/10-tips-pro-se-litigant/
Jul 27, 2014 - Also see the handout at: http://www.ilnd.uscourts.gov/CLERKS_OFFICE/prose01b.pdf. Make sure you know what documents need to be filed in ...

Read Filing A Civil Case Without An Attorney - Northern ...
www.quickpdfs.com/.../filing-a-civil-case-without-an-attorney-northern-...
Jun 16, 2015 - Here the pdf Filing A Civil Case Without An Attorney - Northern District Of Illinois, you are be able to download and read prose01b.pdf online for ...

Read General Civil Case Filing Information Form pdf online ...
www.quickpdfs.com/read/.../general-civil-case-filing-information-form.h...
Jun 19, 2015 - You can also download pdf General Civil Case Filing Information Form for free ... Published on 2015-06-16 Ratting: 50% File : prose01b.pdf ...

General Civil Case Final Disposition Form - Quick PDF Search
www.quickpdfs.com/read/.../general-civil-case-final-disposition-form.ht...
Jun 19, 2015 - You can also download pdf General Civil Case Final Disposition Form for free ... Published on 2015-06-16 Ratting: 50% File : prose01b.pdf ...

10 Tips for a Pro-Se Litigant | Liberal Light
liberallight.blogspot.com/2012/11/10-tips-for-pro-se-litigant.html
Nov 19, 2012 - Aswell see the advertisement at: http://www.ilnd.uscourts.gov/CLERKS_OFFICE/prose01b.pdf. Make abiding you apperceive what abstracts ...

Girls getting mad behind the wheel? Never!
afygexo.awardspace.com/
Also see the handout at: http://www.ilnd.uscourts.gov/CLERKS_OFFICE/prose01b.pdf. Make sure you know what documents need to be filed in court. Although ...

chicago personal injury attorney pdf - Search-Document.com
www.search-document.com/pdf/1/chicago-personal-injury-attorney.html
... to the patient ... File link: http://www.mayo.edu/pmts/mc2300-mc2399/mc2301-30.pdf ... LEMENTAL-NEEDS-TRUSTS.pdf ... LERKS_OFFICE/prose01b.pdf ...

Background Profiling: 10 Tips for a Pro-Se Litigant
background-profiling.blogspot.com/2012/.../10-tips-for-pro-se-litigant.htm...
Oct 24, 2012 - Also see the handout at: http://www.ilnd.uscourts.gov/CLERKS_OFFICE/prose01b.pdf. Make sure you know what documents need to be filed in ...

Fillable Online ilnd uscourts C:\WP Files\WP Files\Pro Se ...
www.pdffiller.com/5501893-prose01b-CWP-FilesWP-FilesPro-Se-Litiga...
Pdf Search Engine · Top 100 · A-Z listing of forms · User Reviews ... Sign PDF Electronically · Convert to Editable PDF · Write on PDF Online · Functionality Index.

1 2 3 4 Next

## TABLE OF CONTENTS


Introduction ... 1
Legal Words: Some Terms You May Encounter and What They Mean ... 3
Filing Your Civil Case: What You Must Do to Get Started ... 9
Documents You Are Required to File ... 9
- The Complaint ... 10
- What Happens When You Submit the Complaint ... 11
- Filing a Petition to Proceed In Forma Pauperis ... 12
- Filing a Complaint of Employment Discrimination ... 13
- Identifying the Parties ... 13
- Numbered Items in the Employment Discrimination Complaint Form ... 13
- Signature, Date, Name, and Address ... 15
- Completing the Cover Sheet for an Employment Discrimination Complaint ... 16

Fees ... 18
A Few Basic Procedures for Ongoing Civil Cases ... 19
- Format Requirements ... 19
- Document Length ... 19
- Filing Copies of Documents ... 19
- Filing Motions ... 20

The Clerk's Office ... 21
- Mailing Address ... 21
- Office Hours ... 21
- Reviewing Dockets ... 21
- Reviewing Case Files ... 21
- Other Clerk's Office Resources ... 22
- The Court's Web Site ... 22

Getting Legal Help ... 23
Appendix: Samples of Forms and Local Rules ... 29

# FILING A CIVIL CASE WITHOUT AN ATTORNEY: A GUIDE FOR THE PRO SE LITIGANT






**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

**(05/13/09)**

In the same section of the civil cover sheet, enter the same information about your request for a jury trial that you entered in item 15) of your employment discrimination complaint form.

- Refiling a Previously Dismissed Case. If you have previously filed a complaint involving the same claim of discrimination by the same defendant, enter the name of the judge and the case number in the space provided in this section of the civil cover sheet.

- Date and signature. Record the date and sign the civil cover sheet in the space labeled "signature of attorney of record."

**Fees**

The $350 filing fee for a civil case has already been mentioned. Once a case has been filed, there are no additional fees for filing a document in that case. However, there are a series of other fees listed below that may affect the pro se litigant. Most of these fees are set by the Judicial Conference of the United States.

These fees may be paid by mail or in person at the Clerk's Office cashier's window, located in the northeast corner of the 20th Floor of the Dirksen Federal Courthouse. Payment may be made in cash, by check, or by credit card (only Visa, Mastercard, and American Express are accepted). If you pay by check, your check should be made out to "Clerk, U.S. District Court." Your name, address, and phone number must appear on the front of your check.

**Filing Fees**

| | |
|---|---|
| Civil Case Filing Fee | $350.00 |
| Habeas Corpus Filing Fee | $5.00 |
| Foreign Deposition Filing Fee | $39.00 |
| Registration of a Foreign Judgment | $39.00 |
| Letters Rogatory or Letters of Request | $39.00 |
| U.S. Court of Appeals Docketing Fee | $350.00 |
| U.S. District Court Notice of Appeal | $5.00 |
| Misdemeanor Appeal (Magistrate Judge to District Judge) | $32.00 |

**Copy Services**

| | |
|---|---|
| Certification Fee (per document) | $9.00 |
| Exemplification Fee (per document) | $18.00 |
| Copy Fee (per page) | 0.50 |

| | |
|---|---|
| Electronic | $0.10 |
| Copy of Magnetic Tape Recordings | $26.00 |
| Retrieving a Record From Off-Site Storage | $45.00 |
| Records Search & Certification (per name or item) | $26.00 |

**Miscellaneous Fees**

| | |
|---|---|
| Printed Copy of the Court's Local Rules | $10.50 |
| Check Returned for Insufficient Funds | $45.00 |

## A Few Basic Procedures for Ongoing Civil Cases

### Format Requirements

Local Rule 5.2(a) covers the format requirements for documents filed with the Court. A copy of Local Rule 5.2(a) has been included in the Appendix. Basically, the Court requires that the documents you file meet the following requirements:

- the document must be on paper that is 8½ by 11 inches in size, flat and unfolded;
- it must be typed or neatly handwritten;
- it must be bound at the top of the document; and
- it must be signed by you on the final page of the document, including your name, address, and telephone number. The document must bear your ***original signature, not a photocopy of your signature.***

If you present a document for filing to the clerk that does not meet the format requirements set out in Local Rule 5.2(a), a deputy clerk may call your attention to the format problems. The clerk will not refuse to file your document on these grounds, but Rule 5.2 allows the judge to have your document stricken. Therefore, you should read Rule 5.2 and comply with the format requirements.

### Document Length

The Court's Local Rules do not limit the length of your complaint. However, if you later file a brief in support of one of your own motions or a brief in response to a motion filed by the defendant, you need to be aware that Local Rule 7.1 sets a limit of 15 pages for documents of this type. If you want to file a brief that is longer than 15 pages, you